BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
JODIE A. SCHWAB, State Bar No. 223131
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-1145
  Fax: (916) 324-5205

Attorneys for Defendant Nielsen
SA2004104248

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM KING,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**JAMES NIELSEN,**<br><br>                              Defendant. | CASE NO. CIV S-03-2672 LKK JFM P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER TO ATASCADERO STATE HOSPITAL TO PROVIDE ADEQUATE CLERICAL SUPPLIES AND ADEQUATE ACCESS TO LAW LIBRARY** |

**<u>ORDER</u>**

Defendant's first request for an extension of time to file a responsive pleading to Plaintiff's motion for an order requiring adequate access to the law library and to clerical supplies was considered by this Court and, good cause appearing,

///

///

1    IT IS HEREBY ORDERED that defendants' response to plaintiff's motion shall
2 be filed and served no later than June 15, 2005. No further extensions of time will be granted.
3 DATED: May 31, 2005.

/s/ [signature]
UNITED STATES MAGISTRATE JUDGE

/king2672.ext2

Order Granting Deft's First EOT to Respond to Plft's Motion for Order to Atascadero State Hospital to Provide Adequate Clerical Supplies and Access to Law Library

2