IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM KING,

    Plaintiff,                              No. CIV S-03-2672 LKK JFM P

    vs.

JAMES NIELSEN,

    Defendant.

_____/        ORDER

        Plaintiff is an individual presently housed at Atascadero State Hospital pursuant to California's Sexually Violent Predator Act, Cal. Welfare and Institutions Code § 6600 et seq. On March 7, 2005, plaintiff filed a motion for a court order requiring hospital officials to provide him with clerical materials for preparation of legal briefs, photocopy services, and access to the law library two hours per day, five days per week. Plaintiff has not demonstrated that he will suffer actual injury to his right of court access in the absence of the requested order. Cf. Lewis v. Casey, 518 U.S. 343, 351 (1996).

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's March 7, 2005 motion is
2  denied
3  DATED: July 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
king2672.o