IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM KING,

    Plaintiff,                     No. CIV S-03-2672 LKK JFM P

    vs.

JAMES NIELSEN,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff, an individual serving a civil commitment term at Atascadero State Hospital proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 28, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

/////

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.

3       Accordingly, IT IS HEREBY ORDERED that:

4       1. The findings and recommendations filed July 28, 2005, are adopted in full;

5       2. Defendant's January 28, 2005 motion to dismiss is granted; and

6       3. This action is dismissed.

7 DATED: September 12, 2005.

10       /s/Lawrence K. Karlton  
      UNITED STATES DISTRICT JUDGE

/king2672.805