UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| WILLIAM KING,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>JAMES NIELSEN,<br><br>    Defendant - Appellee. | No. 05-16885<br>D.C. No. CV-03-02672-LKK/JFM<br><br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [ ✓ ]

Explanation: The determination well within the discretion of the May Judge

Judge
United States District Court

Date: 11/9/05